# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Greenberg, William S. | U.S. Court of Appeals for Veterans Claims | 5/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination  Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

625 Indiana Avenue, NW
Suite 900
Washington, DC 20004

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus, Board of Trustees | Mary Sachs Charitable Trust (private foundation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Public Employee Retirement System Pension Fund, State of New Jersey, pension upon retirement age 60, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | New Jersey Division of Pensions and Benefits, pension | $5,945.16 |
| 2. 2019 | Charles Schwab & Co. Inc., retirement plan distribution | $88,853.46 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed pharmaceutical consultant |
| 2. 2019 | Charles Schwab & Co., Inc., retirement plan distribution |
| 3. 2019 | Northwestern Mutual Life Insurance Co., insurance contract distribution |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America Checking | A | Interest | M | T | | | | | |
| 2. | Brokerage Account #1 (H) | | | | | | | | | |
| 3. | -MN State HFA Fin. Rev. Muni. Bond | B | Interest | K | T | | | | | |
| 4. | -SPDR S & P Mid-Cap 400 ETF Trust | B | Int./Div. | M | T | | | | | |
| 5. | -NY NYC GO Muni. Bond (Y) | | | | | | | | | |
| 6. | -MI St Fin Auth Rev Muni. Bond | B | Interest | | | Redeemed | 01/01/19 | L | | |
| 7. | -TX St Transn Commn Hwy Fund Muni. Bond | A | Interest | | | Matured | 04/01/19 | K | | |
| 8. | -WI St Gen Fd Annual Approp Rev Muni. Bond | A | Interest | | | Redeemed | 05/01/19 | K | | |
| 9. | -WA St GO Muni. Bond | C | Interest | | | Sold (part) | 07/12/19 | L | | |
| 10. | | | | | | Redeemed | 08/01/19 | K | | |
| 11. | -TX Fort Bend ISD GO Muni. Bond | C | Interest | | | Redeemed | 05/15/19 | L | | |
| 12. | -NY NYC Trans Fin Auth Future Tax Rev Muni. Bond | C | Interest | L | T | | | | | |
| 13. | -CA St GO Muni. Bond | C | Interest | L | T | | | | | |
| 14. | -UT St GO Muni. Bond | C | Interest | | | Sold | 06/03/19 | M | A | |
| 15. | -IL DuPage & Will Cntys Muni. Bond | C | Interest | M | T | | | | | |
| 16. | -MN St COPs NC Muni. Bond | C | Interest | M | T | | | | | |
| 17. | -TX St GO Muni. Bond | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Vanguard FTSE Developed Markets ETF | A | Int./Div. | | | Sold | 09/27/19 | K | C | |
| 19.   -Brown Advisory - Somerset Emerging Markets | | None | | | Sold | 02/25/19 | J | A | |
| 20.   -Seafarer Overseas Growth & Income Fund | A | Int./Div. | | | Sold | 09/27/19 | J | A | |
| 21.   -Touchstone Sands Capital Emerging Growth-Y | | None | | | Sold | 09/27/19 | J | B | |
| 22.   -MI St GO NC Muni. Bond | C | Interest | L | T | | | | | |
| 23.   -NY Port Auth NY & NJ Rev Muni. Bond | C | Interest | L | T | | | | | |
| 24.   -CT St GO Muni. Bond | C | Interest | L | T | | | | | |
| 25.   -Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 26.   -UT St Bldg Ownership Auth Lease Rev Muni. Bond | B | Interest | K | T | | | | | |
| 27.   -WA Snohomish Cnty SD No 201 GO School Board Guar. Muni. Bond | C | Interest | L | T | | | | | |
| 28.   -JBG Smith Properties | C | Int./Div. | M | T | | | | | |
| 29.   -Adobe Systems Inc. Stock (X) | | None | J | T | | | | | |
| 30.   -Alphabet Inc. Class A Stock (X) | | None | J | T | | | | | |
| 31.   -Apple Inc. Stock (X) | | None | J | T | | | | | |
| 32.   -ASML Holding NV-NY Reg Shs. Stock (X) | | None | J | T | | | | | |
| 33.   -Automatic Data Processing Inc. Stock (X) | | None | J | T | | | | | |
| 34.   -Cognizant Tech Solutions Corp. Stock (X) | | None | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Marsh & McLennan Companies Inc. Stock (X) | | None | J | T | | | | | |
| 36. -Mastercard Inc. Stock (X) | | None | J | T | | | | | |
| 37. -Microsoft Inc. Stock (X) | | None | K | T | | | | | |
| 38. -Varian Medical Systems Inc. Stock (X) | | None | J | T | | | | | |
| 39. -Dentsply Sirona Inc. Stock (X) | | None | J | T | | | | | |
| 40. -Edwards Lifesciences Corp. Stock (X) | | None | J | T | | | | | |
| 41. -FMC Corp. Stock (X) | | None | J | T | | | | | |
| 42. -NVIDIA Corp. Stock (X) | | None | J | T | | | | | |
| 43. -Stanley Black & Decker Inc. Stock (X) | | None | J | T | | | | | |
| 44. -Cerner Corp. Stock (X) | | None | J | T | | | | | |
| 45. -Flir Systems Inc. Stock (X) | | None | J | T | | | | | |
| 46. -Qiagen N.V. Stock (X) | | None | J | T | | | | | |
| 47. -Enterprise Products Partners L.P. interest (X) | | None | J | T | | | | | |
| 48. -Liberty Property Trust (X) | | None | J | T | | | | | |
| 49. -Becton Dickinson & Co. Stock (X) | A | Dividend | | | Sold | 12/12/19 | J | A | |
| 50. -Broadcom Inc. Stock (X) | | None | | | Sold | 12/12/19 | J | B | |
| 51. -Vertex Pharmaceuticals Inc. Stock (X) | | None | | | Sold | 12/12/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -EOG Resources Stock (X) | | None | | | Sold | 12/12/19 | J | B | |
| 53. -Albemarle Corp. Stock (X) | | None | | | Sold | 12/12/19 | J | | |
| 54. -IQVIA Holdings Inc. Stock (X) | | None | | | Sold | 12/12/19 | J | C | |
| 55. -Medtronic PLC Stock (X) | | None | | | Sold | 12/12/19 | J | C | |
| 56. -Schlumberger Ltd. Stock (X) | | None | | | Sold | 12/12/19 | J | | |
| 57. -HDFC Bank Ltd. Stock (X) | | None | | | Sold | 12/12/19 | J | B | |
| 58. -Energy Transfer LP (X) | | None | | | Sold | 12/12/19 | J | | |
| 59. -AstraZeneca PLC - Spons ADR Stock (X) | | None | | | Sold | 12/12/19 | J | C | |
| 60. -Johnson & Johnson Stock (X) | | None | | | Sold | 12/27/19 | J | D | |
| 61. -Cisco Systems Inc. Stock (X) | | None | | | Sold | 12/27/19 | J | D | |
| 62. Brokerage Account #2 (H) | | | | | | | | | |
| 63. -Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 64. Brokerage Account #3 (H) | | | | | | | | | |
| 65. Brokerage Account #4 (H) | | | | | | | | | |
| 66. -Schwab Advisor Cash Reserves - Premier (Y) | A | Interest | | | | | | | |
| 67. -ASML Holding NV-NY Reg Shares | A | Dividend | K | T | | | | | |
| 68. -Adobe Systems Inc. Stock | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Apple Inc. Stock | A | Dividend | L | T | | | | | |
| 70. | -Automatic Data Processing Inc. Stock | B | Dividend | K | T | Sold<br>(part) | 04/15/19 | K | D | |
| 71. | -Cognizant Tech Solutions Corp. Stock | A | Dividend | K | T | | | | | |
| 72. | -Alphabet Inc. Stock (Class A) | | None | K | T | | | | | |
| 73. | -Medtronic Stock | B | Dividend | K | T | | | | | |
| 74. | -Marsh & McLennan Companies Inc. Stock | B | Dividend | L | T | | | | | |
| 75. | -Microsoft Corp. Stock | B | Dividend | L | T | | | | | |
| 76. | -Johnson & Johnson Company Stock | B | Dividend | K | T | Sold<br>(part) | 04/15/19 | J | D | |
| 77. | -Cisco Systems Inc. Stock | B | Dividend | K | T | | | | | |
| 78. | -Varian Medical Systems Inc. Stock | | None | K | T | Sold<br>(part) | 04/15/19 | J | D | |
| 79. | -Edwards Lifesciences Corp. Stock | | None | L | T | Sold<br>(part) | 04/15/19 | J | D | |
| 80. | | | | | | Sold<br>(part) | 07/24/19 | J | C | |
| 81. | -Quest Diagnostics Inc. Stock | A | Dividend | | | Sold | 04/10/19 | K | E | |
| 82. | -Stanley Black & Decker Inc. Stock | A | Dividend | K | T | | | | | |
| 83. | -Cerner Corp. Stock | A | Dividend | K | T | | | | | |
| 84. | -Flir Systems Inc. Stock | A | Dividend | K | T | | | | | |
| 85. | -Liberty Property Trust | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Schlumberger Ltd. Stock | B | Dividend | | | Sold | 12/26/19 | K | | |
| 87. -EOG Resources Stock | A | Dividend | K | T | | | | | |
| 88. -Qiagen N. V. Stock | | None | K | T | Sold (part) | 01/28/19 | J | D | |
| 89. | | | | | Sold (part) | 04/15/19 | J | B | |
| 90. -Enterprise Products Partners L.P. interest | C | Int./Div. | K | T | | | | | |
| 91. -Energy Transfer Partners L.P. interest | A | Int./Div. | J | T | | | | | |
| 92. -MasterCard Inc. Stock | A | Dividend | L | T | Sold (part) | 01/28/19 | J | D | |
| 93. -FMC Corp. Stock | A | Dividend | K | T | | | | | |
| 94. -Albemarle Corp. Stock | A | Dividend | K | T | | | | | |
| 95. -IQVIA Holdings Inc. Stock | | None | K | T | | | | | |
| 96. -Broadcom Inc. Stock | B | Dividend | K | T | | | | | |
| 97. -HDFC Bank Ltd. Stock | A | Dividend | K | T | | | | | |
| 98. -Beckton Dickinson & Co. Stock | A | Dividend | K | T | | | | | |
| 99. -Vertex Pharmaceuticals Inc. Stock | | None | K | T | | | | | |
| 100. -AstraZeneca PLC-Spons ADR Stock | B | Dividend | L | T | | | | | |
| 101. -Schwab Bank Sweep (X) | A | Interest | K | T | | | | | |
| 102. -Advanced Energy Inds. Inc. Stock | | None | K | T | Buy | 12/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/19/19 | K | | |
| 104.  -Dentsply Sirona Inc. Stock | A | Dividend | K | T | Buy | 04/10/19 | K | | |
| 105. | | | | | Buy (add'l) | 08/13/19 | K | | |
| 106.  -NVIDIA Corp. Stock | A | Dividend | K | T | Buy | 01/28/19 | K | | |
| 107. | | | | | Buy (add'l) | 09/17/19 | K | | |
| 108.  -Livent Corp. Stock | | None | | | Spinoff (from line 93) | 02/25/19 | J | | |
| 109. | | | | | Sold (part) | 03/04/19 | J | A | |
| 110. | | | | | Sold | 08/13/19 | J | A | |
| 111.  IRA #1 (H) | | | | | | | | | |
| 112.  -IL Peoria Cnty Cmnty Unit SD Muni. Bond | A | Interest | | | Matured | 04/01/19 | K | | |
| 113.  -MI Jackson Pub Schs GO NC Muni. Bond | A | Interest | | | Matured | 05/01/19 | K | | |
| 114.  -CO Colorado Springs Util Rev Muni. Bond | B | Interest | | | Matured | 11/15/19 | K | | |
| 115.  -OH Hamilton Cnty Sewer Sys Muni. Bond | C | Interest | | | Redeemed | 12/01/19 | L | | |
| 116.  -PA Commonwealth Fing Auth Muni. Bond | B | Interest | L | T | | | | | |
| 117.  -KY Asset/Liability Commn Muni. Bond | B | Interest | L | T | | | | | |
| 118.  -PA Montgomery Cnty Muni. Bond | B | Interest | K | T | | | | | |
| 119.  -CA Univ of Cal Rev Muni. Bond | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -WA State Muni. Bond | B | Interest | L | T | | | | | |
| 121. -UPS Corporate Bond | B | Interest | | | Matured | 04/01/19 | K | | |
| 122. -IBM Corporate Bond | B | Interest | | | Matured | 11/01/19 | K | | |
| 123. -Target Corporate Bond | A | Interest | K | T | | | | | |
| 124. -Berkshire Hathaway Corporate Bond | B | Interest | L | T | | | | | |
| 125. -US Treasury Note Government Bond NC | D | Interest | N | T | Matured<br>(part) | 08/31/19 | M | | |
| 126. -FHLB US Government Agency Bond | C | Interest | M | T | Redeemed<br>(part) | 07/08/19 | K | | |
| 127. -Colgate-Palmolive Co. Corporate Bond | C | Interest | M | T | | | | | |
| 128. -Exxon Mobil Corp. Corporate Bond | B | Interest | L | T | | | | | |
| 129. -Schwab Bank Sweep | A | Interest | M | T | | | | | |
| 130. -Johnson & Johnson Corporate Bond | B | Interest | L | T | | | | | |
| 131. -Procter & Gramble Corporate Bond | B | Interest | L | T | | | | | |
| 132. -Schwab Value Advantage Money Fund (T +1) | C | Interest | O | T | Buy | 03/07/19 | M | | |
| 133. | | | | | Buy<br>(add'l) | 10/01/19 | N | | |
| 134. IRA #2 (H) | | | | | | | | | |
| 135. -Vanguard Bond Index - Short Term | A | Int./Div. | K | T | | | | | |
| 136. -Vanguard S-T Investment Grade Fund | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 138. 401(k) #1 (H) | | | | | | | | | |
| 139. Trust #1 (H) | | | | | | | | | |
| 140. -CRA 12 Deposit Account | C | Interest | M | T | | | | | |
| 141. -S&P 500 Depository Receipts | D | Int./Div. | N | T | | | | | |
| 142. -SPDR S&P Mid-Cap 400 ETF Trust | C | Int./Div. | M | T | | | | | |
| 143. -BNY Mellon Smallcap Stock Index Fund | B | Int./Div. | M | T | | | | | |
| 144. -Harris Assoc Invt TR Oakmark Intl Fund | C | Int./Div. | M | T | | | | | |
| 145. -BNY Mellon Emerging Markets Fund - MPAM Shares | B | Int./Div. | M | T | | | | | |
| 146. -DC Income Tax Rev Muni. Bond | B | Interest | | | Redeemed | 12/03/19 | L | | |
| 147. -DC GO NC Muni. Bond | D | Interest | M | T | | | | | |
| 148. -Seafarer Overseas Growth & Income Fund | A | Int./Div. | K | T | | | | | |
| 149. -Vanguard Energy Vipers Fund | B | Int./Div. | K | T | | | | | |
| 150. -BNY Mellon Intl Stock Fund | B | Int./Div. | M | T | | | | | |
| 151. -Texas Bexar Met Wtr Dist Muni. Bond | C | Interest | L | T | | | | | |
| 152. -OH St Dept Admin COP Muni. Bond | B | Interest | L | T | | | | | |
| 153. -DC Wtr & Swr Auth Pub Util Rev Muni. Bond | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -BNY Mellon Municipal Opportunities - CLM Fund | B | Int./Div. | L | T | | | | | |
| 155.  -Brookfield Global Listed Infrastructure Fund | B | Int./Div. | K | T | | | | | |
| 156.  Trust #2 (H) | | | | | | | | | |
| 157.  -Vanguard Intermediate Term Tax-Exempt Bond Fund | B | Int./Div. | L | T | | | | | |
| 158.  -S&P 500 Depository Receipts | B | Int./Div. | L | T | | | | | |
| 159.  -SPDR S&P Mid-Cap 400 ETF Trust | A | Int./Div. | L | T | | | | | |
| 160.  -Longleaf Partners Small Cap | A | Int./Div. | J | T | | | | | |
| 161.  -Baron Small Cap Fund-I | B | Int./Div. | J | T | | | | | |
| 162.  -Gateway Fund Y Shares | A | Int./Div. | K | T | | | | | |
| 163.  -AMEX Energy Select Sector SPDR | A | Int./Div. | J | T | | | | | |
| 164.  -PIMCO Commodity RR Strat-Ins | A | Int./Div. | J | T | | | | | |
| 165.  -BNY Mellon Intl Stock Fund CLI | A | Int./Div. | K | T | | | | | |
| 166.  -Oakmark Intl Fund - I | A | Int./Div. | K | T | | | | | |
| 167.  -Harbor International Fund - Inst | A | Int./Div. | K | T | | | | | |
| 168.  -Alerian MLP ETF Fund | A | Int./Div. | J | T | | | | | |
| 169.  -Schwab Bank Sweep | A | Interest | K | T | | | | | |
| 170.  The Vittoria Fund, LP - passive LP interest | F | Int./Div. | O | U | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  JBG Investment Fund VIII - passive LP interest | A | Int./Div. | L | U | | | | | |
| 172.  Veritable LPC Partners LP - passive LP interest | F | Int./Div. | M | U | | | | | |
| 173.  BKWG, Inc. | D | Distribution | J | U | | | | | |
| 174.  Northwestern Mutual Whole Life Insurance Policies | E | Dividend | O | T | | | | | |
| 175.  MassMutual Whole Life Insurance Policies | B | Dividend | K | T | | | | | |
| 176.  New York Life Whole Life Insurance Policy | | None | J | T | | | | | |
| 177.  AAFMAA Whole Life Insurance Policy | | None | J | T | | | | | |
| 178.  Wells Fargo Checking | | None | J | T | | | | | |
| 179.  SunTrust Bank Checking | | None | J | T | | | | | |
| 180.  Wolfpac Holdings, Inc. | A | Distribution | | | Closed | 09/30/19 | K | | |
| 181.  Brokerage Account #5 (H) | | | | | | | | | |
| 182.  -Altria Group Inc. Stock | A | Dividend | | | Donated | | | | |
| 183.  -Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 184.  -General Electric Stock | A | Dividend | J | T | | | | | |
| 185.  -JP Morgan Chase Stock | B | Dividend | L | T | | | | | |
| 186.  -Mondelez International Inc. Stock | A | Dividend | | | Donated | | | | |
| 187.  -Pfizer Inc. Stock | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -Philip Morris International Inc. Stock | B | Dividend | K | T | | | | | |
| 189. -Henry Schein Inc. Stock | | None | K | T | | | | | |
| 190. -Exxon Mobil Corp. Stock | B | Dividend | K | T | | | | | |
| 191. -Schlumberger Ltd. Stock | A | Dividend | K | T | | | | | |
| 192. -PNC Government Money Market Fund #405 (Y) | A | Interest | | | | | | | |
| 193. -Federated Government Obligations Fund Sel. (X) | A | Interest | J | T | | | | | |
| 194. -Covetrus Inc. Stock | | None | J | T | Spinoff (from line 189) | 02/04/19 | J | | |
| 195. -Wabtec Stock | A | Dividend | J | T | Spinoff (from line 184) | 02/25/19 | J | | |
| 196. | | | | | Sold (part) | 03/05/19 | J | | |
| 197. Archean Capital Partners I, L.P. - Advanced Cl A - passive LP interest | | None | K | U | Sold (part) | 01/01/19 | K | | |
| 198. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 199. | | | | | Sold (part) | 10/01/19 | J | | |
| 200. | | | | | Sold (part) | 12/05/19 | K | | |
| 201. | | | | | Buy (add'l) | 12/12/19 | K | | |
| 202. Archean Capital Partners I, L.P. - passive LP interest | D | Int./Div. | L | U | Buy (add'l) | 01/01/19 | K | | |
| 203. | | | | | Buy (add'l) | 10/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenberg, William S.** | 5/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

-Item 5 (Heading: Brokerage Account #1) was sold on February 1, 2018 for L value and no reportable gain.  This sale was inadvertently excluded from the 2018 AO-10.

-Items 29 - 61 (Heading: Brokerage Account #1) were transferred to Brokerage Account #1 from Brokerage Account #4 on December 9, 2019.

-Item 64 (Heading: Brokerage Account #3) contains no reportable assets.  Heading title is included for continuity purposes only.

-Item 66 (Heading: Brokerage Account #4) was exchanged for Item 101 in May 2019.  Both assets are cash equivalent securities funded with cash.

-Item 138 (Heading: 401(k) #1) contains no reportable assets.  Heading title is included for continuity purposes only.

-Item 140 (Heading: Trust #1) is a cash equivalent security funded with cash that is alternatively referred to as "CRA 12 Deposit Account" and "BNY Mellon Money Market Fund" by the reporting financial institution.  No sale or purchase information is available to indicate that these are treated as separate assets by the reporting financial institution.

-Item 143 (Heading: Trust #1) was purchased as "Dreyfus Small Cap Stock Index Fund."  Effective on or about June 3, 2019, this fund was rebranded as "BNY Mellon Smallcap Stock Index Fund."

-Item 150 (Heading: Trust #1) was purchased as "Dreyfus International Stock Fund."  Effective on or about June 3, 2019, this fund was rebranded as"BNY Mellon International Stock Fund."

-Item 165 (Heading: Trust #2) was purchased as "Dreyfus International Stock Fund."  Effective on or about June 3, 2019, this fund was rebranded as"BNY Mellon International Stock Fund."

-Item 180 corporation dissolved on September 30, 2019.

-Item 192 (Heading: Brokerage Account #5) was exchanged for Item 193 on November 15, 2019.  Both assets are cash equivalent securities funded with cash.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William S. Greenberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544